In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00364-CV
_____

SDII GLOBAL CORPORATION, Appellant

V.

FRANKLIN ZERKO AND NANCY KATHLEEN ZERKO, Appellees

On Appeal from the 128th District Court
Orange County, Texas
Trial Cause No. A220295-C

MEMORANDUM OPINION

Appellees Franklin Zerko and Nancy Kathleen Zerko advised the Court of the nonsuit in the trial court of their claims against Appellant SDII Global Corporation. Appellant moved to dismiss this accelerated appeal as moot. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in

1

the appeal. We grant the motion and dismiss the appeal as moot. *See* Tex. R. App.

P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 9, 2023
Opinion Delivered August 10, 2023

Before Golemon, C.J., Johnson and Wright, JJ.